[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-1068 

CHINYERE OKEREKE,

Plaintiff, Appellant,

v.

BOARD OF DIRECTORS - VINFEN CORPORATION,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge] 

Before

Torruella, Chief Judge, 
Stahl and Lynch, Circuit Judges. 

Chinyere Okereke on brief pro se. 
Richard L. Alfred, Robert F. Schwartz and Hill & Barlow on brief 
for appellee.

September 3, 1997


Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We affirm essentially for the reasons

stated in the district court's memorandum and order, dated

November 8, 1996.

Affirmed. Loc. R. 27.1. 

-2-